IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-ED4
02 MAY 13 AM 11:42
CLERK
U.S. DISTRICT COURT

DOCKETED
MAY 14 2002

| | |
|---|---|
| DANIEL BECKWITH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. **02C 3420** |
| LOU DANIELSON, Chicago Police Officer, | ) Judge  JUDGE GETTLEMAN |
| DAVID SPELICH, Chicago Police Officer, | ) |
| CITY OF CHICAGO, | ) Magistrate Judge  MAGISTRATE JUDGE LEVIN |
| Defendants. | ) |

## COMPLAINT

**NOW COMES** the Plaintiff, DANIEL BECKWITH ("Beckwith"), by and through his attorneys, the Law Offices of Anthony Pinelli and Thomas Breen and Associates, and complains of Defendants, LOU DANIELSON ("Danielson") and DAVID SPELICH (Spelich"), as follows:

### JURISDICTION AND VENUE

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act 42 U.S.C. Sec. 1983 and the Constitution of the United States.

2. All acts described herein occurred in the City of Chicago, County of Cook, State of Illinois, and venue in the Northern District of Illinois, Eastern Division, is appropriate.

### PARTIES

3. Plaintiff Beckwith is a resident of Chicago, Illinois.

4. Defendants Danielson and Spelich are employed as Chicago police officers by the City of Chicago.

1-1

## FACTS

5. On April 4, 2001 Beckwith went to the Chicago Police Station located at 3600 N. Halsted Street, Chicago, Illinois.

6. Beckwith went to that station to inquire regarding his friend, Chris Loughlin, who had been arrested earlier that day.

7. Beckwith inquired of officers at the police station regarding Loughlin and was told to leave.

8. When Beckwith declined to leave, he was physically pushed down by the officers, Danielson and Spelich, and suffered physical injuries.

9. Beckwith was then told by officers Danielson and Spelich that he was under arrest, and he was taken into the police station and charged with criminal trespass to property and resisting arrest.

10. Beckwith was held in custody until he was released on bond the next day.

11. The criminal charges against Beckwith were subsequently dismissed in the Circuit Court of Cook County, Illinois.

12. As a direct and proximate result of the force used by Defendants, Beckwith suffered physical injury, pain and suffering, emotional distress and loss of liberty.

13. As a direct and proximate result of his arrest and confinement, Beckwith suffered emotional distress, loss of liberty and pain and suffering.

## COUNT I

### CLAIM FOR EXCESSIVE USE OF FORCE IN VIOLATION OF THE FOURTH AMENDMENT UNDER 42 U.S.C. 1983

14. Plaintiff hereby restates and realleges paragraphs 1-13 above.

15. The acts of Defendants Danielson and Spelich in striking and pushing Beckwith to the ground constituted excessive and illegal force in violation of the Fourth Amendment to the United States Constitution.

16. That as a direct and proximate cause of the above actions, Beckwith suffered damages.

WHEREFORE, Plaintiff Beckwith prays for entry of a judgment against Defendants Danielson and Spelich

## COUNT II

### ARREST WITHOUT PROBABLE CAUSE IN VIOLATION OF THE FOURTH AMENDMENT

17. Plaintiff hereby restates and realleges paragraphs 1 - 13 above.

18. On April 4, 2001 when Defendants arrested Beckwith they did not have a warrant for his arrest.

19. On April 5, 2001 when Defendants arrested Beckwith he had not violated any law of the State of Illinois or ordinance of the City of Chicago.

20. On April 5, 2002 when Defendants arrested Beckwith they lacked probable cause to believe that he had committed a crime.

21. The arrest of Beckwith constituted an unreasonable arrest and seizure under the Fourth Amendment to the United States Constitution.

22. As a direct and proximate result of Beckwith's arrest he suffered damages.

WHEREFORE, Plaintiff prays for an entry of judgment against Defendant's Danielson and Spelich for compensatory as well as punitive damages, costs and attorneys fees.

## COUNT III

### CLAIM AGAINST CITY OF CHICAGO UNDER 745 I.L.C.S. 10/9-102

23. Plaintiff hereby reincorporates paragraphs 1 - 22 above.

24. At all times relevant to this complaint Defendant City of Chicago was local public entity as defined by 745 I.L.C.S. 10/9-102.

25. At all times relevant to this complaint Defendants Danielson and Spelich were employees of the City of Chicago acting with the scope of their employment.

26. Pursuant to 745 I.L.C.S. 10/9-102 Defendant City of Chicago is required to indemnify Danielson and Spelich for any compensatory damages awarded by the court in this matter.

WHEREFORE, Plaintiff DANIEL BECKWITH respectfully requests this Honorable Court to enter judgment on his behalf and to grant the following relief:

    a) compensatory damages as allowed by law;

    b) punitive damages as allowed by law against Danielson and Spelich;

c) costs and attorneys fees;

d) any and all damages and relief that the Court deems appropriate.

Dated this 13th day of May, 2002.

Respectfully submitted,

_____
**ANTHONY PINELLI**
One of Plaintiff's Attorneys

**ANTHONY PINELLI**
**Law Offices of Anthony Pinelli**
53 West Jackson Blvd.
Suite 1460
Chicago, Illinois 60604
312/583-9270

**THOMAS M. BREEN AND ASSOCIATES**
53 West Jackson Blvd.
Suite 1460
Chicago, Illinois 60604
312/360-1001

### JURY DEMAND

Plaintiff respectfully demands trial by jury.

_____
**ANTHONY PINELLI**
One of Plaintiff's Attorneys

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requ[ired] by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the [use] of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
DANIEL BECKWITH

**DOCKETED MAY 14 2002**

### DEFENDANTS
LOU DANIELSON
DAVID SPELICH
CITY OF CHICAGO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
ANTHONY PINELLI
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270

ATTORNEYS (IF KNOWN)

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE LE[VIN]**
**02C 3420**

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLA[INTIFF] AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Ju[stice] |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Suit seeks damages pursuant to 42 U.S.C. 1983

### VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complai[nt]
JURY DEMAND: ☒ YES ☐ NO

### VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: May 10, 2002

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

**DOCKETED**

MAY 14 2002

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Daniel Beckwith
v.
Lou Danielson, David Spelich
and the City of CHicago

Case Number **02C 3420**

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

Plaintiff, Daniel Beckwith

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE LEVIN**

| (A) | (B) |
|---|---|
| SIGNATURE: [signature] | SIGNATURE: |
| NAME: Anthony Pinelli | NAME: |
| FIRM: Law Offices of Anthony Pinelli | FIRM: |
| STREET ADDRESS: 53 W. Jackson Blvd., Suite 1460 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinosi 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/583-9270 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 2210681 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.