IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL BECKWITH, )
)
Plaintiff, )
)
v. ) NO. 02 C 3420
)
LOU DANIELSON, Chicago Police Officer, ) MAGISTRATE JUDGE LEVIN
DAVID SPELICH, Chicago Police Officer, )
CITY OF CHICAGO, )
)
Defendants. )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Anthony Pinelli
Attorney for Plaintiff,
Daniel Beckwith
53 W. Jackson Blvd.; Suite 1460
Chicago, IL 60604
(312) 583-9270
Attorney No. 2216681

Date: 11-12-03

Stacy A. Benjamin
Assistant Corporation Counsel
Attorney for defendants
Lou Danielson and David Spelich
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-5146
Attorney No. 06255621

Date: 11/13/03

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: Sharon Baldwin
Senior Counsel
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-6919
Attorney No. 00100943

Date: Nov 14, 2003